# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Wayne Cameron,

    Plaintiff

v.

County of Clark Nevada, et al.,

    Defendants

Case No.: 2:16-cv-01355-JAD-PAL

**Order**

On May 21, 2018, I screened pro se plaintiff Wayne Cameron's first-amended complaint and allowed him to proceed on his due-process-medical-issues claim against the Doe defendants who broke his dentures and the other Doe defendants who denied to replace or repair them (once he identifies them).[1] I also allowed him to proceed on his state-law negligence claim against the same Doe defendants who broke his dentures.[2] Then I ordered the Las Vegas Metropolitan Police Department to enter a limited notice of appearance—even though I dismissed all claims against them with prejudice—to provide Cameron with pre-service discovery to help identify the Doe defendants.[3]

I directed the Clerk's Office to send Cameron a USM-285 form and ordered Cameron to give the U.S. Marshal the required USM-285 form with the relevant information as to LVMPD on it by June 20, 2018.[4] After receiving the form, the U.S. Marshal would then attempt to serve LVMPD, who would then enter a limited notice of appearance.[5] On July 2, 2018, Cameron filed a notice with the court stating that he had failed to serve LVMPD.[6] He mentioned that he hasn't

---

[1] ECF No. 12 at 7.

[2] *Id.*

[3] *Id.*

[4] *Id.* at 7–8.

[5] *Id.*

[6] ECF No. 14.

1

returned the USM-285 form to the U.S. Marshal because he still doesn't know the identities of the Doe defendants.[7] In light of this notice, I will clarify the directions that I gave in the previous order and give Cameron another opportunity to serve the U.S. Marshal.

This is the process that Cameron must go through if he wants to attempt to identify the Doe defendants and proceed with this case: (1) Cameron must fill out the USM-285 form **with the LVMPD's information** (and NOT the Doe defendants' information) so that the U.S. Marshal can serve the LVMPD; (2) the U.S. Marshal will return a copy of the USM-285 form to Cameron, informing him whether service on the LVMPD was completed; (3) Cameron will then notify the court whether LVMPD was served; (4) if service was completed, then LVMPD will enter a limited notice of appearance for the purposes of pre-service discovery; (5) the LVMPD will then identify the names of the Doe defendants who broke Cameron's dentures and the Doe defendants who denied to replace or repair them; (6) the LVMPD will file a notice with the court identifying those Doe defendants. **Cameron does not need to know the identities of the Doe defendants in order to complete steps 1 and 3.**

## Conclusion

Accordingly, the **Clerk of Court** is directed to **RE-ISSUE a summons for Las Vegas Metropolitan Police Department and DELIVER (1) the summons, (2) a copy of the first-amended complaint (ECF No. 9), (3) a copy of the screening order (ECF No. 12), and (4) a copy of this order to the U.S. Marshal for service.**

The **Clerk of Court** is also directed to **SEND Cameron one USM-285 form.**

Once Cameron receives the USM-285 form, **he will have 30 days to fill out with the LVMPD's information (NOT the Doe defendants' information) and return it to the U.S. Marshal for service**. The LVMPD's mailing address is:

Las Vegas Metropolitan Police Department

400 S. Martin L. King Boulevard

Las Vegas, NV 89106

---

[7] *Id.* at 1–2.

2

The U.S. Marshal will then attempt service of the USM-285 form on the LVMPD and return a copy of the USM-285 form to Cameron explaining whether service was completed.

After Cameron receives that response from the U.S. Marshal, **he will have 20 days to notify the court whether service was completed.** If service IS NOT completed and Cameron wants the U.S. Marshal to try again, he must file a motion with the court specifying in more detail the LVMPD's name and address, and manner in which he wants the U.S. Marshal to serve them.

IT IS FURTHER ORDERED that **the LVMPD has until September 5, 2018, to enter a limited notice of appearance for the limited purpose of conducting limited pre-service discovery in an effort to identify the Doe defendants.**

IT IS FURTHER ORDERED that **the LVMPD has 15 days from the date it enters a limited notice of appearance to FILE a notice with the court that identifies the names of the Doe defendants.**

Dated: July 9, 2018

_____
U.S. District Judge Jennifer A. Dorsey