UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WAYNE CAMERON,

Plaintiff,

v.

COUNTY OF CLARK NEVADA, et al.,

Defendant.

Case No. 2:16-cv-01355-JAD-BNW

ORDER

The court has ordered a settlement conference to be conducted in this case on August 14, 2019 at 9:00 a.m. in Courtroom 3B. For the reasons discussed during the status check, the court will be conducting the settlement conference in the early stages of the case. As such,

**IT IS ORDERED** that the parties shall have until **July 2, 2019** to file a stipulation if the parties do not wish for the undersigned to remain on this case if the case does not settle after the settlement conference is conducted. Failure to file a stipulation will be construed as the parties' acknowledgment and consent to the continued assignment of this case to the undersigned.

DATED this 18th day of June, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1