UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WAYNE CAMERON,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>COUNT OF CLARK NEVADA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-01355-JAD-BNW<br><br>**ORDER TO PRODUCE**<br>**WAYNE CAMERON** |

　　The court hereby finds that **WAYNE CAMERON, #0797388**, is presently in custody of the Clark County Detention Center, 330 S. Casino Center Blvd., Las Vegas, NV 89101.

　　**IT IS ORDERED** that LVMPD must transport and produce **Wayne Cameron**, Inmate #0797388, to the Lloyd D. George Courthouse, 333 Las Vegas Blvd. S., Las Vegas, NV 89101, **Courtroom 3B**, on **Wednesday, August 14, 2019, at 9:00 a.m.** for the purpose of attending a settlement conference in the above-entitled matter.

　　DATED this 25th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE