ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| WAYNE CAMERON,<br><br>    Plaintiff,<br><br>vs.<br><br>SHERIFF JOSEPH LOMBARDO; LAS VEGAS METROPOLITAN POLICE DEPARTMENT , DOES I-V,<br><br>    Defendants. | CASE NO. 2:16-cv-1355-JAD-BNW<br><br>**STIPULATION AND ORDER TO RESET STATUS CONFERENCE AND ALLOW AN ADDITIONAL THIRTY (30) DAYS TO FILE THE STIPULATION FOR DISMISSAL** |

    COME NOW the Doe Jail Officials ("Defendants"), by and through their attorney of record, Robert W. Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and Plaintiff Wayne Cameron, by and through his counsel, Mace J. Yampolsky, Esq., of YAMPOLSKY, LTD., hereby stipulate and request that this Court reset the date for the Status Conference currently on the Court's calendar On September 13, 2019, at 1:00 p.m.

    This Request is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

    The parties have agreed to a settlement in this matter, however, despite their best efforts the parties have been unable to get the settlement paperwork prepared and executed. In light of this the parties respectfully request an additional thirty days to file the stipulation to dismiss.

    WHEREFORE, the parties respectfully request that this Court vacate the status conference currently scheduled on September 13, 2019 at 1:00 p.m., and allow the parties an additional thirty (30) days, up to and including October 14, 2019, to file the stipulation to dismiss this case.

4842-6815-7605.1

IT IS SO STIPULATED.

DATED this 12th day of September, 2019.   DATED this 12th day September, 2019.

LEWIS BRISBOIS BISGAARD & SMTIH   YAMPOLSKY & MARGOLIS

*/s/ Robert W. Freeman*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*
_____

*/s/ Mace J. Yampolsky*
Mace J. Yampolsky, Esq.
Nevada Bar No. 1945
625 S. Sixth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

## ORDER

IT IS ORDERED that the parties' stipulation is GRANTED in part and DENIED in part. IT IS GRANTED to the extent the court will CONTINUE the status check currently set for 9/13/2019 at 1:00 p.m. to 9/27/2019 at 11:30 a.m. IT IS DENIED in all other respects.

DATED: September 12, 2019

_____
U.S. MAGISTRATE JUDGE

4842-6815-7605.1                                2