UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WAYNE CAMERON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CLARK NEVADA, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-1355-JAD-BNW<br><br>**ORDER TO PRODUCE WAYNE CAMERON** |

The court hereby finds that **WAYNE CAMERON, Inmate #0797388,** is presently in the custody of the Clark County Detention Center, 330 S. Casino Center Blvd., Las Vegas, NV 89101.

**IT IS ORDERED** that LVMPD must transport and produce **WAYNE CAMERON**, Inmate #0797388, to the Lloyd D. George Courthouse, 333 Las Vegas Blvd. S., Las Vegas, NV 89101, **Courtroom 3B**, on **Tuesday October 8, 2019 at 1:00 p.m.** for the purpose of attending a settlement conference in the above-entitled matter.

DATED: October 3, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE